**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Catherine Davidson
Attorney at Law
1921 Jackson Street
Alexandria LA 71301

**REHEARING ACTION: June 22, 2016**

**Docket Number: 15   01014-CW consolidated with 1,189-CA**

**ROBERT E. AHEARN**
**VERSUS**
**CITY OF ALEXANDRIA, ET AL.**

**Writ Application from Rapides Parish Case No. 251,261**

**BEFORE JUDGES:**

    **Hon. Jimmie C. Peters**
    **Hon. Marc T. Amy**
    **D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Catherine Davidson** has this day been

    **DENIED.**

cc: Martha R. Crenshaw, Counsel for  the Respondent
    Brian Davis Mosley, Counsel for the Applicant